THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| USAA LIFE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>KENDRA K. GUNHOLD, *et al.*,<br><br>    Defendants. | CASE NO. C18-1250-JCC<br><br>ORDER |

    The parties have filed a stipulation and proposed order of dismissal (Dkt. No. 14). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), this stipulation is self-executing, and this action is DISMISSED with prejudice. Plaintiff USAA Life Insurance Company is DIRECTED to disburse the net benefits of the policy, less Plaintiff's fees and costs regarding the instant action, in the amount of $3,890.75, to Bruce R. Moen, Personal Representative of the Estate of Ryan P. Gunhold. The Clerk is directed to CLOSE this case.

    DATED this 4th day of January 2019.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C18-1250-JCC
PAGE - 1